# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 150 WAL 2021

           Respondent               :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

           v.                          :

                                          :

JOHN DAVID DAWSON,               :

                Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.